UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESNIK UKSHINI,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 8388 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the initial case management conference held today, November 7, 2024, (the "Conference") it is ORDERED as follows:

1. The parties' proposed case management plan (ECF Nos. 20; 21) will be adopted by separate order, and the Court will discuss expert discovery with the parties at the next status conference.

2. A telephone status conference is scheduled for **Monday, December 16, 2024 at 4:30 pm** on the Court's Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 102355026#, at the scheduled time.

3. Defendant shall promptly order a transcript of the Conference and deliver it to Plaintiff by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:     New York, New York
            November 7, 2024

                                              SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Besnik Ukshini
789 Waring Avenue
Apt. 4A
Bronx, NY 10467

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]   [PRINT]   [SAVE]   [EMAIL]