UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESNIK UKSHINI,

                    Plaintiff,

         -v-                                        CIVIL ACTION NO.: 23 Civ. 8388
                                                            (MMG) (SLC)

CUSHMAN & WAKEFIELD,                                        **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephone conference held today, February 18, 2025, it is ORDERED that

on or before **February 24, 2025**, Defendant shall file a letter setting forth any discovery disputes

ripe for the Court's attention.  On or before **March 10, 2025**, Plaintiff shall file a letter responding

to Defendant's letter.

        The Court requests that Defendant email a copy of this Order to Plaintiff, and the Clerk of

the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:        New York, New York
              February 18, 2025

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**