UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESNIK UKSHINI,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 8388 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of the parties' letters (ECF Nos. 30; 33) it is ORDERED as follows:

1. On or before **March 10, 2025**, Defendant shall supplement its letter with:

    a. legal authority in support of its demand that Plaintiff produce his (i) authorization for release of medical records; (ii) tax returns; and, (iii) employment records "following the termination of his employment with Cushman & Wakefield[.]" (ECF No. 30 at 2).

    b. at least two examples of the documents Plaintiff produced that are "not in a usable format." (Id.)

2. A telephone conference to discuss the parties' discovery disputes is scheduled for **Thursday, March 13, 2025 at 12:00 p.m. ET** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 333 830 484#, at the scheduled time.

The Court requests that Defendant email a copy of this Order to Plaintiff, and the Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:   New York, New York
         March 6, 2025

SO ORDERED.

*Sarah L. Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Besnik Ukshini
789 Waring Avenue
Apt. 4A
Bronx, NY 10467

2