UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESNIK UKSHINI,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 8388 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 13, 2025, (the "Conference") it is ORDERED as follows:

1. On or before **March 13, 2025**, Defendant shall re-send its first set of interrogatories, previously delivered on December 11, 2024, to Plaintiff Besnik Ukshini. (See ECF No. 30 at 1).

2. On or before **March 27, 2025**, Mr. Ukshini shall deliver to Defendant his responses to their interrogatories.

3. On or before **March 21, 2025**, Mr. Ukshini shall produce to Defendant his W-2 Forms from 2021, 2022, 2023, and 2024. Defendant indicated during the Conference that it will accept Mr. Ukshini's W-2 Forms as relevant to his post-Cushman & Wakefield employment without prejudice to its ability to seek Mr. Ukshini's tax returns at a later date. (See ECF Nos. 30 at 2; 35 at 2–3).

4. Based on Mr. Ukshini's statements on the record during the Conference, indicating that he seeks only "garden-variety" damages for emotional distress, Defendant's motion to

compel authorizations for release of Mr. Ukshini's medical records is **DENIED**.  (See ECF Nos. 30 at 2; 35 at 1–2).

5. On or before **March 21, 2025**, Mr. Ukshini shall re-send in full to Defendant the emails from Khalid Sabree and Sheldon Wilson either by (i) forwarding the emails to Defendant's counsel or (ii) printing and mailing the emails to Defendant's counsel.  (See ECF Nos. 30 at 2; 35 at 3; 35-1; 35-2).

6. As discussed with Mr. Ukshini during the Conference, to the extent that Mr. Ukshini intends to rely on these witnesses to support his claims, he must produce to Defendant the witness(es)' sworn affidavit(s) no later than April 9, 2025.  (See ECF No. 23 at 2). Mr. Ukshini can request an affidavit template from the Court's legal clinic for pro se litigants.  The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse.  The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed.  An unrepresented party can make an appointment in person, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.  Additional information on legal clinic is available at www.nysd.uscourts.gov/attorney/legal-assistance.

The Court requests that Defendant email a copy of this Order to Plaintiff, and the Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated:  New York, New York
        March 13, 2025

SO ORDERED.

*Sarah L. Cave* (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Besnik Ukshini
789 Waring Avenue
Apt. 4A
Bronx, NY 10467

3