UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESNIK UKSHINI,

        Plaintiff,

-v-

CUSHMAN & WAKEFIELD,

        Defendant.

CIVIL ACTION NO. 23 Civ. 8388 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The fact discovery deadline in this action was April 9, 2025. (ECF No. 23 at 1). On or before **April 24, 2025**, the parties shall file a joint letter certifying the completion of fact discovery and setting forth whether the parties intend to pursue expert discovery.

Dated:    New York, New York
           April 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Besnik Ukshini
789 Waring Avenue
Apt. 4A
Bronx, NY 10467