

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2025

BLovinger@kelleydrye.com

December 24, 2025

**Via ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:    ***Besnik Ukshini v. Cushman & Wakefield, Inc.***
       **Civil Action No.: 1:23-cv-8388-MMG-SLC**

Dear Judge Garnett:

This firm represents Defendant Cushman & Wakefield U.S., Inc. (improperly pled as Cushman and Wakefield Inc.) in the above-referenced matter. We write to respectfully request an extension of the deadline to object to United States Magistrate Judge Sarah L. Cave's recent Report and Recommendation (ECF No. 60) on Defendant's Motion for Summary Judgment (ECF Nos. 46–54). Because Magistrate Judge Cave filed her Report and Recommendation yesterday, the current deadline to object is January 6, 2026. In light of the holidays, and since my associate Madeline Stein is traveling internationally during this time, Defendant respectfully requests a three-week extension of that deadline to January 27, 2026. No party has previously sought an extension of this deadline. We sent Plaintiff (who is *pro se*) a copy of the Report and Recommendation, and requested his consent for the extension. Plaintiff does not consent to the request.

We thank the Court for its consideration of this matter, and happy holidays to the Court and all its staff.

Respectfully submitted,

Blythe E. Lovinger

cc: Besnik Ukshini (Via Email and U.S. Mail)

NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    NEW JERSEY    STAMFORD

GRANTED.  The deadline to file any objections to the Report and Recommendation (Dkt. No. 60), by either Plaintiff or Defendant, is EXTENDED until **January 27, 2026.**  The deadline to respond to any such objections is likewise EXTENDED until **February 10, 2026.**

SO ORDERED.  Dated December 29, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE