**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

BESNIK UKSHINI,

Plaintiff,

-against-

CUSHMAN & WAKEFIELD, INC.,

Defendant.

------------------------------------------------------------------X

23 **CIVIL** 8388 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2026, the R&R is adopted in part and modified in part. C&W's motion for summary judgment is GRANTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**